# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KARA BAKER,**

      **Plaintiff,**

v.                                                         Case No:   6:17-cv-1456-Orl-40KRS

**PARK PLACE SURGERY CENTER, L.L.C., SP MANAGEMENT SERVICES, INC., SURGERY CENTER HOLDINGS, INC., SURGERY PARTNERS, INC., SURGERY PARTNERS, LLC and SURGERY PARTNERS OF PARK PLACE, LLC,**

      **Defendants.**

## ORDER
### (And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, DISMISS CERTAIN DEFENDANTS, AND AMEND CASE STYLE** (Doc. No. 36) |
| **FILED:** | **January 5, 2018** |

**THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

Plaintiff shall file her Third Amended Complaint as a separate document on or before January 12, 2018. The **Clerk of Court** is **DIRECTED** to terminate Defendants Surgery Partners, Inc.; Surgery Partners of Park Place, LLC; and Surgery Center Holdings, Inc., if they are not

- 2 -

included as Defendants in the Third Amended Complaint, and to amend the style of the case as necessary.   The Court will consider the parties' stipulation pursuant to Local Rule 4.15.

**DONE** and **ORDERED** in Orlando, Florida on January 8, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE