UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARA BAKER,

    Plaintiff,

v.        Case No: 6:17-cv-1456-Orl-40KRS

PARK PLACE SURGERY CENTER,
L.L.C., SURGERY PARTNERS, LLC,
SGRY SP MANAGEMENT SERVICES,
INC., LAKE MARY SURGERY
CENTER, L.L.C. and NOVAMED
SURGERY CENTER OF ORLANDO,
LLC,

    Defendants.
_____/

## ORDER

This cause is before the Court on Defendants' Motion for Summary Judgment (Doc. 59) filed on August 7, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 23, 2018 (Doc. 70), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Summary Judgment (Doc. 59) is **GRANTED** as to Plaintiff's FLSA retaliation claim (Count II of her third amended complaint).

3. The Motion for Summary Judgment (Doc. 59) is **DENIED** as to Plaintiff's unpaid overtime claim (Count I of her third amended complaint).

4. The Motion for Summary Judgement (Doc. 59) is **DENIED** in all other respects.

**DONE AND ORDERED** in Orlando, Florida on November 7, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties