**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KARA BAKER,

        Plaintiff,

v.                                                    Case No: 6:17-cv-1456-Orl-40KRS

PARK PLACE SURGERY CENTER,
L.L.C., SURGERY PARTNERS, LLC,
SGRY SP MANAGEMENT SERVICES,
INC., LAKE MARY SURGERY
CENTER, L.L.C. and NOVAMED
SURGERY CENTER OF ORLANDO,
LLC,

        Defendants.
_____/

## **ORDER**

This cause is before the Court on the Joint Motion to Approve the Parties' Settlement (Doc. 74) filed on December 11, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter and noting that the parties filed notices of no objection (Docs. 77 and 78), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 12, 2018 (Doc. 75), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve the Parties' Settlement (Doc. 74) is **GRANTED IN PART**.

3. Paragraph 12 of the parties' settlement agreement (Doc. 74-1 ¶ 12) is **SEVERED**.

4. The Court **FINDS** that the parties' settlement agreement (Doc. 74-1 ¶ 12), as modified above, is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

5. The case is **DISMISSED with prejudice**.

6. Plaintiff's counsel is **PROHIBITED** from withholding any portion of the $22,000.00 she is to receive under the settlement agreement pursuant to a contingency agreement or otherwise.

7. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 17, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties